# MIRIAM TAUBER LAW

885 Park Avenue 2A • New York, NY 10075
MiriamTauberLaw@gmail.com • (323) 790-4881

January 7, 2017

<u>Via ECF</u>
Hon. Lorna G. Schofield, U.S.D.J.
Thurgood Marshall U.S. Courthouse (S.D.N.Y.)
40 Foley Square, New York, NY 10007

Re: *Donoghue v. Berg*, No. 1:16-cv-09110-LGS

Your Honor:

I write on behalf of Plaintiffs, pursuant to the Court's Order setting an initial pre-trial conference (IPTC) in this matter for January 17, 2017 (Dkt. No. 4), and Your Honor's Individual Rule of Practice I.B.2, to request a two-week adjournment of the IPTC and related deadline for filing the Case Management Plan.

Plaintiffs propose a new IPTC date of January 31, 2017 (or a later date as convenient for the Court).

This is the first request for an adjournment of the IPTC conference in this case.

Plaintiffs request the adjournment in order to effect service of process on Defendant Carl E. Berg. Plaintiffs promptly undertook efforts to serve Mr. Berg following the conclusion of the 30-day period provided for Mr. Berg to waive service under Rule 4. Due to the intervening holidays, these efforts remain ongoing. Plaintiffs expect to finalize service within the two-week extension period requested.

I have conferred with counsel for Nominal Defendant Stratus Properties, Inc. regarding the above, and they consent to this request.

Respectfully submitted,

*s/ Miriam Tauber*

Miriam Tauber
*Attorney for Plaintiffs*