```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
DEBORAH DONOGHUE, et al.,                                    :
                                  Plaintiffs,                :
                                                             :           16 Civ. 9110 (LGS)
              -against-                                      :
                                                             :                 ORDER
STRATUS PROPERTIES, INC., et al.,                            :
                                  Defendants.                :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2017

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 30, 2017, a conference was held in this matter; for the reasons stated on the record at the conference, it is hereby

      **ORDERED** that Defendant Carl Berg's motion to transfer is GRANTED.  The Clerk of Court is respectfully directed to transfer this case to the Northern District of California pursuant to 28 U.S.C. § 1404(a).  The Clerk of Court is further directed to close this case.

Dated: March 30, 2017
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE